UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25cr235SDM-AAS
18 U.S.C. § 875(c)
(Threat to Injure)

ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe"

**INDICTMENT**

MAY 20 2025 PM4:18
FILED - USDC - FLMD - TPA

The Grand Jury charges:

**COUNT ONE**
**(Threat to injure)**

On or about January 24, 2025, in the Middle District of Florida, and elsewhere, the defendant,

ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe,"

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, victim A.A., including a social media message stating, "I am coming to kill you. I will kill your pets first while you watch. Die cunt," with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Risha Asokan
Assistant United States Attorney

By: _____
For Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ELIZABETH DANIELLE ROWE,
a/k/a "Simon Roe"

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill.

_____
Foreperson

Filed in open court this 20th day

of May, 2025.

C. Reaves
_____
Clerk

Bail $_____

GPO 863 525