AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Elizabeth Danielle Rowe,<br>a/k/a "Simon Roe"<br>Defendant | Case No. 8:25 cr 235 SDM-AAS |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Elizabeth Danielle Rowe, a/k/a "Simon Roe",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Threat to Injure, in violation of 18 U.S.C. § 875(c)

Date: 05/21/2025

Issuing officer's signature: AMPARO MORENO

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
Printed name and title

### Return

This warrant was received on (date) 5/21/25, and the person was arrested on (date) 5/23/25
at (city and state) TAMPA

Date: 5/23/25

Arresting officer's signature: TFO Dean Horianopoulos

DEAN HORIANOPOULOS
Printed name and title